1

MICHAEL GABRIELSON
GABRIELSON & COMPANY
1605 SCHOOL STREET
MORAGA, CA 94556
Telephone: (925) 899-5798
Facsimile: (925) 631-1058
E-mail: cpa711@sbcglobal.net

Accountant for Trustee

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>ALEX DALE FRANCOIS,<br>PATRICIA MARGARET FRANCOIS<br><br><br><br>Debtors. | **Case No. 17-20981-D-7**<br><br>**DC No.: KJH-4**<br><br>**TRUSTEE'S STATEMENT RE: ACCOUNTANT'S REQUEST FOR FEES**<br><br>**Date: May 8, 2019**<br>**Time: 10:00 a.m.**<br>**Place: Department D**<br>**The Honorable Robert S. Bardwil** |

I, Kimberly Husted, trustee of the above-captioned case, have reviewed the First and Final Application for Compensation and Reimbursement of Expenses of Accountant and the billings attached thereto, submitted by Gabrielson & Company, and have no objections to the full amount of the fees and costs expended.

Date: April 5, 2019

_____/s/   Kimberly Husted_____
KIMBERLY HUSTED