MICHAEL GABRIELSON
GABRIELSON & COMPANY
1605 SCHOOL STREET
MORAGA, CA 94556
Telephone: (925) 899-5798
Facsimile: (925) 631-1058
E-mail: cpa711@sbcglobal.net

Accountant for Chapter 7 Trustee
KIMBERLY HUSTED

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>ALEX FRANCOIS<br>PATRICIA FRANCOIS,<br><br>Debtors. | Case No. 17-20981-D-7<br><br>DC No.: KJH-4<br><br>**ORDER GRANTING FIRST AND FINAL APPLICATION FOR FEES & EXPENSES OF ACCOUNTANT FOR TRUSTEE**<br><br>Date: May 8, 2019<br>Time: 10:00 a.m.<br>Place: Department D<br>The Honorable Robert S. Bardwil |

The Court has reviewed and considered the First and Final Application for Compensation of Gabrielson & Company, Accountant for the Chapter 7 Trustee Kimberly Husted, which was set for hearing on May 8, 2019, and the papers filed in support of and in opposition to the application in the Court file. Therefore, the Court, the Honorable Robert S. Bardwil presiding, resolved the application without oral argument.

The Court finds that the compensation that Gabrielson & Company is seeking is reasonable and is the actual and necessary services rendered in the administration of the estate.

Therefore, IT IS ORDERED that the application is GRANTED and Gabrielson & Company is authorized to be compensated for its services rendered from January 4, 2018 through

RECEIVED
May 13, 2019
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0006504500

April 3, 2019, in the amount of $7,560.50 for services and $178.65 for actual out-of-pocket expenses, pursuant to Federal Rule of Bankruptcy Procedure 2016.

IT IS FURTHER ORDERED that the Trustee is authorized to pay the compensation from funds in the estate.

Dated: May 13, 2019

Robert S. Bardwil, Judge
United States Bankruptcy Court

-2-